76881. GRIFFITHS v. RUBLOFF, INC.
(376 SE2d 423)

BIRDSONG, Chief Judge.

The issues in this case are controlled by our decision in its companion, *Smith v. Rubloff, Inc.*, 187 Ga. App. 317 (370 SE2d 159). Accordingly, the judgment below is reversed as to Griffiths, as it is in *Smith*.

*Judgment reversed. Banke, P. J., and Beasley, J., concur.*

DECIDED SEPTEMBER 15, 1988 —
REHEARING DENIED OCTOBER 12, 1988.

*Hendricks & Boren, Curtis R. Boren*, for appellant.

*Troutman, Sanders, Lockerman & Ashmore, H. Carol Saul, J. Kirk Quillian*, for appellee.